# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01366-RPM-KMT

GROVER HENDERSON, and
LINDA HENDERSON,

    Plaintiffs,

v.

I.C. SYSTEM, INC., a Minnesota corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

Upon review of the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii), it is

ORDERED that this case is Dismissed with Prejudice, with each party to pay their own attorney's fees and costs.

DATED: October 30th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P Matsch, Senior Judge